In the Matter of the Claim of CAROLINE BROSOWSKI, Respondent, against AMERICAN AIRLINES, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 13, 1948; decided March 11, 1948.

*Sydney Weitzer* for appellants.
*Frank A. Rossini* for respondent.

Order affirmed, with costs, and order absolute directed against appellants under the stipulation, and matter remitted to Work-

men's Compensation Board with directions to make award in favor of claimant. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.